IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                                                                         CRIMINAL NO. 3:05CR142LS

JESTON BANKS

## ORDER

This matter came before the court on the Motion to Release Appearance Bond filed by Danlette and Karl Banks, by which they seek an order releasing the appearance bond of $80,000.00 that was posted by them (as a 10% bond) on the Defendant's behalf. The court has reviewed the Motion and the docket, and it appears that the Defendant has met the requirements of the bond, including his surrender to serve the sentence imposed by the court.

IT IS, THEREFORE, ORDERED that the Motion to Release Appearance Bond is hereby **granted**, and the Clerk is directed to return the 10% deposit bond posted by the movants, in the sum of $8,000.00.

IT IS SO ORDERED, this the 31st day of July, 2006.

                                                           S/James C. Sumner
                                                  UNITED STATES MAGISTRATE JUDGE